## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: UNITED STATES v. RUBEL                    Docket No.: 16-3217

Lead Counsel of Record (name/firm) or Pro se Party (name): BARRY D. LEIWANT, ESQ.
FEDERAL DEFENDERS OF NY, INC.

Appearance for (party/designation): APPELLANT

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: BARRY D. LEIWANT, ESQ., Federal Defenders of New York, Inc.
Firm: FEDERAL DEFENDERS OF NY, INC.
Address: 52 Duane Street, 10th Floor, New York, New York 10007
Telephone: (212) 417-8742                    Fax: (212) 571-0392
Email: barry_leiwant@fd.org & wanda_del_rosario@fd.org

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by Local Rule 46.1(a)(2), have renewed my admission on November 2014    OR that ([ ]) I applied for admission on _____.

Signature of Lead Counsel of Record: Barry D. Leiwant     *Digitally signed by Barry D. Leiwant DN: cn=Barry D. Leiwant, o=Federal Defenders of NY, Inc., ou, email=barry_leiwant@fd.org, c=US Date: 2015.11.06 12:17:42 -02'00'*
Type or Print Name: BARRY D. LEIWANT
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.