UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand and seventeen,

_____

United States of America,

        Appellee,

v.

Brian Rubel,

        Defendant - Appellant.
_____

**ORDER**
Docket No: 16-3217

Counsel for Appellee USA Untied States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 30, 2017 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before May 30, 2017.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court